UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                           No.  81-CR-342-LTS

EDDY RODRIGUE                                  <u>Order</u>

        Defendant.

-------------------------------------------------------x

       The Court has received Defendant Eddy Rodrige's <u>pro se</u> motion for expungement of his arrest record in this action.  The unredacted form of this request has been filed under seal, while a redacted form of this request, omitting personal contact information, has been filed publicly on the docket.  The Government is directed to file its response to Mr. Rodrigue's motion by **December 13, 2022**.  The Government shall file under seal any sensitive personal information pertaining to Mr. Rodrigue that is included in the response, and sensitive personal information may be redacted in from the response that is filed on ECF.

       To the extent the Government redacts any information from the public filing, it shall file the unredacted originals, including any exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at http://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

       Mr. Rodrigue's reply to the Government's response, if any, must be filed by **December 20, 2022**.

Chambers will mail a copy of this Order to Mr. Rodrigue.

SO ORDERED.

Dated: New York, New York　　　　　　　　　/s/ Laura Taylor Swain
　　　　November 29, 2022　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

**Copy mailed to:**

Mario Eddy Gabriel Rodrigue
9921 SW 143rd Street
Miami, FL 33176